**DISMISS; Opinion Filed November 5, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-15-00582-CV

---

**MARQUE CALDWELL, Appellant**
**V.**
**KATHLEEN MORROW, Appellee**

---

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CI15-014**

---

# MEMORANDUM OPINION
Before Justices Bridges, Francis, and Myers
Opinion by Justice Myers

Appellant's brief in this case is overdue. By postcard dated August 31, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. The postcard was returned and marked "Return To Sender", "Not Deliverable As Addressed", and "Unable To Forward." To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief or his current mailing address.

RECEIVED IN
COURT OF APPEALS, 5th DIST.

DEC 0 1 2015

LIS.
CLERK, 5th DISTRICT

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/Lana Myers/
LANA MYERS
JUSTICE


150582F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARQUE CALDWELL, Appellant

No. 05-15-00582-CV    V.

KATHLEEN MORROW, Appellee

On Appeal from the County Court at Law, Rockwall County, Texas
Trial Court Cause No. CI15-014.
Opinion delivered by Justice Myers. Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Kathleen Morrow recover her costs, if any, of this appeal from appellant Marque Caldwell.

Judgment entered this 5th day of November, 2015.



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
00U0856274 NOV 05 201
$ 000.48
MAILED FROM ZIP CODE 7520

CASE: 05-15-00582-CV
MARQUE CALDWELL
3906 MEDITERRANEAN
ROCKWALL, TX 75087